IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TIMOTHY A. DOMENICO,

      Plaintiff,

-vs-                                Cause No. <u>1:09-cv-307 MV/CEG</u>

BEVERLY HASCHAK, an Individual , and
THE HARTFORD CORPORATION aka THE
HARTFORD, a Connecticut Corporation, and
KIERAN RYAN, an Individual

      Defendants.

### ORDER FOR PLAINTIFF'S VIDEOTAPED DEPOSITION

**THIS MATTER** having come before the Court during the Status Conference of March 8, 2011, the Court being fully advised in the premises and noting the parties' stipulation, the Court **FINDS:**

1.    Plaintiff will appear for the deposition in Albuquerque, New Mexico, on Thursday, March 24, 2011 at the time and place set forth in the Notice to Take Videotaped Deposition.

2.    Plaintiff will appear for the deposition without a firearm and he will participate in an appropriate manner.

3.    Defendants Hartford and Haschak will purchase a round-trip bus ticket from Pueblo, Colorado, to Albuquerque, New Mexico and forward the tickets to Plaintiff;

4.    Defendants Hartford and Haschak will reserve a hotel room for Plaintiff within walking distance of the bus station and court reporter's office for the nights of March 23 and March 24, 2011;

5.      Defendants Hartford and Haschak will provide a per diem for Plaintiff for meals and incidentals at the rate of $45.00 per day for March 23, 24 and 25, 2011.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff Timothy Domenico will appear for the deposition scheduled on March 24, 2011 in Albuquerque, New Mexico, without a firearm and will participate in an appropriate manner; and Defendants Hartford and Haschak will purchase a round-trip bus ticket from Pueblo, Colorado to Albuquerque; will reserve a hotel room for Plaintiff within walking distance of the bus station and court reporter's office; and will provide $45.00 per day as a per diem for meals and incidentals for March 23, 24 and 25, 2011.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE


_____
Mark J. Riley
Courtenay L. Keller
Tiffany L. Sanchez
RILEY, SHANE & KELLER, P.A.
*Attorneys for The Hartford Insurance Company of the Midwest and Beverly Haschak*
3880 Osuna Rd. N.E.
Albuquerque, N.M. 87109
Telephone: (505) 883-5030

Timothy A. Domenico
*Plaintiff Pro Se*
P. O. Box 87

Englewood, CO 80151

Christopher P. Bauman, Esq.
Simone M. Seiler, Esq.
BAUMAN, DOW & LEON, P.C.
*Counsel for Kieran Ryan*
P.O. Box 30684
Albuquerque, NM 87190