## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

TIMOTHY A. DOMENICO,

        Plaintiff,

-vs-                            Cause No. 09-CV-307 MV/CEG

BEVERLY HASCHAK, an Individual, and
THE HARTFORD CORPORATION aka THE
HARTFORD, a Connecticut Corporation and
KIERAN RYAN, an individual,

        Defendants.

**ORDER GRANTING *AMENDED* JOINT MOTION TO EXTEND THE <u>DEADLINE FOR THE DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES</u>**

**THIS MATTER** having come before the Court on the unopposed Amended Motion to Extend the Deadline for the Defendants' Disclosure of Expert Witnesses, (Doc. 115). The Court having reviewed the record and being fully advised in the premises, **FINDS** that the Amended Motion is well-taken.

**IT IS THEREFORE ORDERED** that:

1.    The deadline for Defendants' disclosure of expert witnesses will be extended thirty (30) days, which date will be April 11, 2011.

**IT IS SO ORDERED**.

 

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Form submitted by:

**RILEY, SHANE & KELLER, P.A.**

_/s/_
**MARK J. RILEY**
**COURTENAY L. KELLER**
**TIFFANY L. SANCHEZ**
*Attorneys for Defendants Hartford and Hasckak*
3880 Osuna Rd., NE
Albuquerque, NM 87109
(505) 883-5030

**BAUMAN, DOW & LEON, P.C.**

_Electronically approved 03.11.11_
**CHRISTOPHER P. BAUMAN**
**SIMONE M. SEILER**
*Attorneys for Defendant Ryan*
P.O. Box 30684
Albuquerque, NM 87190

Approved:

**PLAINTIFF PRO SE**

_Electronically approved 03.15.11_
**TIMOTHY DOMENICO**
1223 Spruce Street
Pueblo, CO 81004